April 24, 1908.) Action by the M. D. Williamson Company against Felix Fittichauer and another. J. L. Schiff, for appellants. W. G. Barr, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

METZGER v. LIFE ASS'N OF AMERICA et al. (Supreme Court, Appellate Division, First Department. April 24, 1908.) Action by David Metzger against the Life Association of America and others. F. P. Neuman, for plaintiff. W. B. Brice, for defendants. No opinion. Exceptions overruled, and judgment ordered on verdict, with costs, on the authority of McNeal v. Tenth Nat. Bank, 46 N. Y. 325, 7 Am. Rep. 341. Settle order on notice.

MILLER et al., Appellants, v. HARRIS, Respondent. (Supreme Court, Appellate Division, First Department. April 24, 1908.) Action by Charles H. Miller and another against Fanny Harris. O. C. Wierum, Jr., for appellants. E. Fixman, for respondent. No opinion. Judgment affirmed, with costs, on 117 App. Div. 395, 102 N. Y. Supp. 604. Order filed.

MILLER v. NORCROSS et al. (Supreme Court, Appellate Division, First Department. May 29, 1908.) Appeal from Special Term. Action by Clifford L. Miller against Orlando W. Norcross and others. From the judgment, plaintiff appeals. Affirmed. For former report, see 92 App. Div. 352, 87 N. Y. Supp. 56. See, also, 107 N. Y. Supp. 854. C. C. Miller, for appellant. G. H. D. Foster, for respondents.
PER CURIAM. The evidence upon the new trial has not substantially changed the issue presented on the former appeal, reported in 92 App. Div. 352, 87 N. Y. Supp. 56, and there were no errors of law which require a reversal. The judgment appealed from is therefore affirmed, with costs.

MILSTEIN, Respondent, v. MOSHER, Appellant. (Supreme Court, Appellate Division, Third Department. May 22, 1908.) In the matter of the summary proceedings brought by Isaac Milstein against James T. Mosher.
PER CURIAM. Motion denied.
CHESTER, J., not voting.

In re MONTGOMERY. (Supreme Court, Appellate Division, First Department. May 29, 1908.) In the matter of William R. Montgomery. No opinion. Order resettled. Order filed.

MONTGOMERY, Respondent, v. RAFFERTY et al., Appellants. (Supreme Court, Appellate Division, First Department. April 24, 1908.) Action by Archibald G. Montgomery against Peter L. Rafferty and others. J. E. Smith, for appellants. A. S. Brown, for respondent.
PER CURIAM. Judgment and order affirmed, with costs. Order filed.
LAUGHLIN, J., dissents.

MORRISON, Respondent, v. VASSAR et al., Appellants. (Supreme Court, Appellate Division, First Department. April 24, 1908.) Action by James Morrison, Jr., against George Vassar, Jr., and another. T. Hansen, for appellants. P. R. Gatens, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

MOSHEIM v. CÆSAR MISCH INCORPORATION. (Supreme Court, Appellate Division, First Department. May 1, 1908.) Action by Julius E. Mosheim against the Cæsar Misch Incorporation. From an order denying a motion for injunction, plaintiff appeals. Affirmed. See 107 N. Y. Supp. 1092. Franklin Bien, for appellant. Sol. De Young, for respondent.
PER CURIAM. The order appealed from should be affirmed, with $10 costs and disbursements, without prejudice to an application by the appellant to amend his answer in the action in which he is defendant, by setting up a demand for the reformation of the contract by way of counterclaim.

MUTUAL CONTRACT PROTECTION CO., Respondent, v. CÆSAR MISCH INCORPORATION, Appellant. (Supreme Court, Appellate Division, First Department. May 29, 1908.) Action by the Mutual Contract Protection Company against the Cæsar Misch Incorporation. J. C. Kadane, for appellant. J. N. Catlow, for respondent.
PER CURIAM. Order affirmed, with $10 costs and disbursements. Order filed.
McLAUGHLIN and SCOTT, JJ., dissent.

MYSON, Respondent, v. HOLLINS, Appellant. (Supreme Court, Appellate Division, Second Department. May 8, 1908.) Action by John F. Myson, an infant, by Jennie Myson, his guardian ad litem, against Evelina Knapp Hollins. No opinion. Order affirmed, with $10 costs and disbursements.

NAUL, Appellant, v. MONTOOTH et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 24, 1908.) Action by William H. Naul against Miller E. Montooth and another. No opinion. Judgment affirmed, with costs to the defendants.

NELLIGAN v. GROTH. (Supreme Court, Appellate Division, Second Department. May 12, 1908.) Action by L. Aloysius Nelligan, as receiver, etc., against Peter Groth. No opinion. Motion granted.

NEW BRIGHTON ENGINE CO. NO. 4, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. April 24, 1908.) Action by the New Brighton Engine Company No. 4 against the city of New York. No opinion. Judgment and order affirmed, with costs.

In re NEW STREET, ROCKAWAY BEACH, BETWEEN BAYVIEW AVE. AND ELDERT AVE., IN CITY OF NEW YORK. (Supreme Court, Appellate Division, Second Department. April 24, 1908.) In the matter of a